5-28-08

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DURA AUTOMOTIVE SYSTEMS, INC., | ) | Case No. 06-11202 |
| et al., | ) | (KJC) |
| | ) | |
| Debtors, | ) | Jointly |
| | ) | Administered |
| | ) | |

FILED 2008 MAY 28 PM 1:30 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

<u>Statement of the Issues to be Presented and the Items to be Included in the Record on Appeal of Confirmation Order for Revised Joint Plan of Reorganization.</u>

James Korth filed a timely Notice of Appeal on May 21, 2008 to the Confirmation Order issued by Judge Kevin J. Carey on May 13, 2008. I believe this order should be stayed and that my 11 detailed objections to confirmation should be fully investigated before the Debtor is allowed to exit bankruptcy and write off over 80% of its debt. The specific issues to be presented in the appeal are as follows. Did the court err by:

1. <u>not</u> allowing me sufficient notice that I must attend the Confirmation Hearing physically (not by telephone)

1

and then barring me from cross-examining witnesses put on by the Debtor;

2. not allowing me sufficient time to review the responses to my objections by the Debtor received only one business day before the Confirmation Hearing;

3. not allowing me sufficient time to review over 3,000 pages of exhibits and new expert reports and prepare for the cross examination of the experts and officers of the debtor;

4. not investigating my 11 detailed Objections to Confirmation itself after having barred me from preparing and, even in an unprepared fashion, asking questions especially when many of my detailed objections were related to the judgments the court must make to confirm a plan of reorganization.

The documents to be included in the Record on Appeal are:

| Docket Number | Document |
| --- | --- |
| To Be Announced | Transcript of Hearing Where Motion for Stay Pending Appeal Will Be Heard |
| 3387 | Motion for Stay Pending Appeal Hearing Thereon |
| 3383 | Motion for Stay Pending Appeal |

| | |
|---|---|
| 3382 | Notice of Appeal |
| 3386 | Clerk's Notice Regarding Appeal |
| 3367 | Transcript Hearing on May 12 at 11:48 AM |
| 3364 | Transcript of Hearing on May 13, 2008 |
| 3332 | Order Confirming Debtor's Revised Plan of Reorganization |
| 3329 | Notice of Reason for Limited Appearance of James Korth at the Confirmation Hearing |
| 3328 | Amendment of Objection of James Korth to the Confirmation of Revised Plan of Reorganization to Include Motion for Summary Judgment |
| 3298 | Motion for Continuance of Confirmation Hearing |
| 3238 | Objection by J W Korth to Revised Plan of Reorganization |
| 3216 | Order Denying J W Korth Pro Se Motion to Extend the Date for the Confirmation Hearing Along with Date to Submit Objections |
| 3215 | Order Denying J W Korth Pro Se Motion for Administrative Expenses |
| To Be Announced | Transcript for Hearing on April 23rd 2008 at 10:00 am. |
| 3144 | Transcript of Hearing on April 10, 2008 |
| 3102 | Transcript of Hearing on April 3, 2008 |

3014        J W Korth Ad Hoc Committee of Creditors Pro Se
            Objection to the Disclosure Statement.

2998        J W Korth Ad Hoc Committee of Creditors Pro Se
            Motion for Inspection of the Books and Records
            Under Bankruptcy Rule 2004.


Respectfully Submitted

*[signature: James W. Korth]*

James W. Korth, For Himself
3339 Virginia Street
Suite 104
Miami, Florida 33133

Telephone: 305 668-8485
Facsimile: 305 668-0682