IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DURA AUTOMOTIVE SYSTEMS, INC., et al.,[1] | ) | Case No. 06-11202 (KJC) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket Nos. 3317 and 3382** |

### DEBTORS' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8006, the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this designation of additional items to be included in the record on appeal and transmitted to the District Court for the District of Delaware in connection with the *Notice of Appeal* [Docket No. 3382] of the Bankruptcy Court's *Order Confirming Debtors' Revised Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 3317]:

---

[1] The Debtors in these proceedings are: Adwest Electronics Inc., Atwood Automotive, Inc., Atwood Mobile Products, Inc., Automotive Aviation Partners, LLC, Creation Group Holdings, Inc., Creation Group Transportation, Inc., Creation Group, Inc., Creation Windows, Inc., Creation Windows, LLC, Dura Aircraft Operating Company, LLC, Dura Automotive Canada ULC, Dura Automotive Systems (Canada), Ltd., Dura Automotive Systems Cable Operations, Inc., Dura Automotive Systems of Indiana, Inc., Dura Automotive Systems, Inc., Dura Brake Systems, L.L.C., Dura Cables North LLC, Dura Cables South LLC, Dura Canada LP, Dura Fremont L.L.C., Dura Gladwin L.L.C., Dura Global Technologies, Inc., Dura G.P., Dura Holdings Canada LP, Dura Holdings ULC, Dura Mancelona L.L.C., Dura Ontario, Inc., Dura Operating Canada LP, Dura Operating Corp., Dura Services L.L.C., Dura Shifter L.L.C., Dura Spicebright, Inc., Kemberly, Inc., Kemberly, LLC, Mark I Molded Plastics of Tennessee, Inc., Patent Licensing Clearinghouse L.L.C., Spec-Temp, Inc., Trident Automotive Canada Co., Trident Automotive, L.L.C., Trident Automotive, L.P., Trident Automotive Limited, and Universal Tool & Stamping Company, Inc.

### Designation of Additional Items to Be Included in the Record on Appeal[2]

| Tab | Date | Docket No.[3] | Document |
|---|---|---|---|
| 1. | N/A | N/A | The United States Bankruptcy Court for the District of Delaware's Instructions for Telephonic Appearances Effective January 5, 2005 |
| 2. | 4/23/2007 | 1017 | Debtors' First Interim Report on Status of Reorganization |
| 3. | 5/11/2007 | 1112 | Affidavit of David Harbert, Chief Financial Officer of Dura Automotive Systems, Inc., in Support of Debtors' Second Motion for Entry of an Order Extending the Section 1121(c)(2) and (3) Exclusive Periods |
| 4. | 6/8/2007 | 1257 | Declaration of Durc Savini in Support of the Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 363(b) and 364 Approving Amendments to Postpetition Credit Agreements and Authorizing the Debtors to Pay Fees in Connection with Such Amendments |
| 5. | 7/12/2007 | 1430 | Motion for Entry of an Order Under Sections 363 and 503 of the Bankruptcy Code Authorizing the Debtors to (I) Enter into a Backstop Rights Purchase Agreement in Connection with a Contemplated Rights Offering and (II) Pay Certain Associated Fees |
| 6. | 7/24/2007 | 1487 | Declaration of Durc Savini, Managing Director of Miller Buckfire & Co. LLC, in Support of the Debtors' Motion for Entry of an Order Under Sections 363 and 503 of the Bankruptcy Code Authorizing the Debtors to (I) Enter into a Backstop Rights Purchase Agreement in Connection with a Contemplated Rights Offering and (II) Pay Certain Associated Fees |
| 7. | 7/24/2007 | 1489 | Notice of Adjournment of Hearing Concerning "Motion for Entry of an Order Under Sections 363 and 503 of the Bankruptcy Code Authorizing the Debtors to (I) Enter into a Backstop Rights Purchase Agreement in Connection with a Contemplated Rights Offering and (II) Pay Certain Associated Fees [Docket No. 1430] |

---

[2] All items designated herein include all exhibits, attachments or other papers included within each docket entry for such item.

[3] Unless otherwise specifically indicated, docket numbers refer to the docket in the main bankruptcy case, Case No. 06-11202 in the United States Bankruptcy Court for the District of Delaware.

| Tab | Date | Docket No.[3] | Document |
|---|---|---|---|
| 8. | 8/2/2007 | 1540 | Notice of Filing of Backstop Rights Purchase Agreement in Connection with "Motion for Entry of an Order Under Sections 363 and 503 of the Bankruptcy Code Authorizing the Debtors to (I) Enter into a Backstop Rights Purchase Agreement in Connection with a Contemplated Rights Offering and (II) Pay Certain Associated Fees" [Docket No. 1430] |
| 9. | 8/3/2007 | 1545 | Objection of Certain Holders of 9% Senior Subordinated Notes of Dura Operating Corp. to Motion for Entry of an Order Under Sections 363 and 503 of the Bankruptcy Code Authorizing the Debtors to (I) Enter into a Backstop Rights Purchase Agreement in Connection with a Contemplated Rights Offering and (II) Pay Certain Associated Fees |
| 10. | 8/3/2007 | 1546 | Joinder of HSBC Bank USA, National Association to Objection of Objection of Certain Holders of 9% Senior Subordinated Notes of Dura Operating Corp. to Motion for Entry of an Order Under Sections 363 and 503 of the Bankruptcy Code Authorizing the Debtors to (I) Enter into a Backstop Rights Purchase Agreement in Connection with a Contemplated Rights Offering and (II) Pay Certain Associated Fees |
| 11. | 8/3/2007 | 1547 | Objection of U.S. Bank Trust National Association, as Senior Subordinated Notes Trustee, to Debtors' Motion for Entry of an Order Under Sections 363 and 503 of the Bankruptcy Code Authorizing the Debtors to (I) Enter into a Backstop Rights Purchase Agreement in Connection with a Contemplated Rights Offering and (II) Pay Certain Associated Fees |
| 12. | 8/6/2007 | 1552 | Letter to the Honorable Judge Kevin J. Carey from David Shuck dated July 30, 2007 |
| 13. | 8/7/2007 | 1560 | Emergency Motion of the Official Committee of Unsecured Creditors for an Order Expediting Discovery and, or in the Alternative, Adjourning Hearing on the Debtors' Motion for Order Authorizing Debtors to (I) Enter into a Backstop Rights Purchase Agreement in Connection with a Contemplated Rights Offering and (II) Pay Certain Associated Fees |
| 14. | 8/8/2007 | 1563 | United States Trustee's Limited Objection to Debtors' Motion for Order Authorizing Debtors to (I) Enter into a Backstop Rights Purchase Agreement in Connection with a Contemplated Rights Offering and (II) Pay Certain Associated Fees [Docket No. 1430] |

RLF1-3288765-5

| Tab | Date | Docket No.[3] | Document |
|---|---|---|---|
| 15. | 8/8/2007 | 1568 | Objection of Pacificor LLC to the Emergency Motion of the Official Committee of Unsecured Creditors for an Order Expediting Discovery and, or in the Alternative, Adjourning Hearing on the Debtors' Motion for Order Authorizing Debtors to (I) Enter into a Backstop Rights Purchase Agreement in Connection with a Contemplated Rights Offering and (II) Pay Certain Associated Fees |
| 16. | 8/8/2007 | 1578 | Debtors' Objection to the Creditors' Committee's Emergency Motion to Compel |
| 17. | 8/13/2007 | 1607 | Statement of the Official Committee of Unsecured Creditors in Connection with Debtors' Motion for Order Authorizing Debtors to (I) Enter into a Backstop Rights Purchase Agreement in Connection with a Contemplated Rights Offering and (II) Pay Certain Associated Fees |
| 18. | 8/13/2007 | 1611 | Notice of Filing of (I) *Amended* Backstop Purchase Rights Agreement and (II) Stockholders' Agreement Term Sheet in Connection with "Motion for Order Authorizing Debtors to (I) Enter into a Backstop Rights Purchase Agreement in Connection with a Contemplated Rights Offering and (II) Pay Certain Associated Fees" [Docket No. 1430] |
| 19. | 8/13/2007 | 1615 | Debtors' Omnibus Response to Backstop Agreement Objections |
| 20. | 8/14/2007 | 1638 | Supplemental Objection of Certain Holders of 9% Senior Subordinated Notes of Dura Operating Corp. and Joinder to Objection of U.S. Bank Trust National Association, as Senior Subordinated Notes Trustee, to Debtors' Motion for Entry of an Order Under Sections 363 and 503 of the Bankruptcy Code Authorizing the Debtors to (I) Enter into a Backstop Rights Purchase Agreement in Connection with a Contemplated Rights Offering and (II) Pay Certain Associated Fees |
| 21. | 8/16/2007 | 1670 | Certification of Counsel Concerning Order Under Sections 363 and 503 of the Bankruptcy Code Authorizing the Debtors to (I) Enter into an Amended Backstop Rights Purchase Agreement in Connection with a Contemplated Rights Offering and (II) Pay Certain Associated Fees [Re: Docket No. 1430] |
| 22. | 8/16/2007 | 1671 | Notice of Filing of *Revised* Stockholders' Agreement Term Sheet in Connection with "Motion for Entry of an Order Under Sections 363 and 503 of the Bankruptcy Code Authorizing the Debtors to (I) Enter into a Backstop Rights Purchase Agreement in Connection with a Contemplated Rights Offering and (II) Pay Certain Associated Fees [Re: Docket No. 1430] |

RLF1-3288765-5

| Tab | Date | Docket No.[3] | Document |
|---|---|---|---|
| 23. | 8/20/2007 | 1680 | Order Under Sections 363 and 503 of the Bankruptcy Code Authorizing the Debtors to (I) Enter into an Amended Backstop Rights Purchase Agreement in Connection with a Contemplated Rights Offering and (II) Pay Certain Associated Fees |
| 24. | 8/22/2007 | 1700 | Transcript of hearing held on August 15, 2007 before the Honorable Kevin J. Carey |
| 25. | 8/22/2007 | 1702 | Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 26. | 8/22/2007 | 1703 | Disclosure Statement for the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 27. | 8/24/2007 | 1712 | Notice of (A) Disclosure Statement Hearing, and (B) Objection Deadlines |
| 28. | 8/30/2007 | 1730 | Notice of Appeal |
| 29. | 8/30/2007 | 1732 | Verified Statement of Ballard Spahr Andrews & Ingersoll, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 |
| 30. | 9/10/2007 | 1777 | Statement of Issues and Designation of Record on Appeal of Certain Holders of 9% Senior Subordinated Notes of Dura Operating Corp. from Order Entered by the Bankruptcy Court on August 20, 2007 [Docket No. 1680] |
| 31. | 9/20/2007 | 1842 | Debtor's Designation of Additional Items to be Included in the Record on Appeal |
| 32. | 9/21/2008 | 1850 | Appeal Transmittal Letter |
| 33. | 9/24/2007 | 1862 | Debtors' Brief in Support of Motion for Order (A) Approving Disclosure Statement, (B) Fixing the Voting Record Date, (C) Scheduling Certain hearing Dates and Deadlines in Connection with the Proposed confirmation of the Debtors' Proposed Plan of Reorganization, and (D) Approving the Solicitation Procedures and Form of Solicitation Package and Notices |
| 34. | 9/24/2007 | 1863 | Debtors' Amended Motion for an Order (A) Approving Disclosure Statement; (B) Fixing the Voting Record Date, (C) Scheduling Certain Hearing Dates and Deadlines in Connection with the Proposed Confirmation of the Debtors' Joint Plan of Reorganization; and (D) Approving Solicitation Procedures |
| 35. | 9/25/2007 | 1875 | Motion of Certain 9% Noteholders to Strike Debtors' Designation of Additional Items to be Included in Record on Appeal |

RLF1-3288765-5

| Tab | Date | Docket No.[3] | Document |
|---|---|---|---|
| 36. | 9/26/2007 | 1897 | Emergency Motion for an Order Pursuant to 11 U.S.C. § 363(b) Approving Amendment to Amended Backstop Rights Purchase Agreement |
| 37. | 9/26/2007 | 1898 | Debtors' Motion for an Order Shortening Notice of Backstop Agreement Amendment Motion |
| 38. | 9/27/2007 | 1903 | Order Shortening Notice |
| 39. | 9/28/2007 | 1924 | Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (First Amended) |
| 40. | 9/28/2007 | 1925 | Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (First Amended) (Blackline) |
| 41. | 9/28/2007 | 1926 | Disclosure Statement for the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (First Amended) |
| 42. | 9/28/2007 | 1927 | Disclosure Statement for the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (First Amended) (Blackline) |
| 43. | 10/2/2007 | 1931 | Supplemental Objection by Certain Holders of 9% Senior Subordinated Notes of Dura Operating Corp. to Disclosure Statement |
| 44. | 10/2/2007 | 1932 | Debtors' Objection to "Motion of Certain 9% Noteholders to Strike Debtors' Designation of Additional Items to be Included in Record on Appeal" [Docket No. 1875] |
| 45. | 10/2/2007 | 1933 | Joinder of the Bank of New York Trust Company, N.A. in Debtors' Objection to "Motion of Certain 9% Noteholders to Strike Debtors' Designation of Additional Items to be Included in Record on Appeal" [Docket No. 1875] |
| 46. | 10/2/2007 | 1934 | Joinder of Pacificor, LLC to Debtors' Objection to Motion of Certain 9% Noteholders to Strike Debtors' Designation of Additional Items to be Included in Record on Appeal |
| 47. | 10/2/2007 | 1935 | Objection of Certain 9% Noteholders to Emergency Motion for an Order Pursuant to 11 U.S.C. § 363(b) Approving Amendment to Amended Backstop Rights Purchase Agreement |
| 48. | 10/2/2007 | 1936 | Supplement to Limited Objection of the United States Trustee to Debtors' Disclosure Statement Dated August 22, 2007 and Emergency Motion to Amend Backstop Rights Purchase Agreement (Docket Nos. 1897 & 1926) |

RLF1-3288765-5

| Tab | Date | Docket No.[3] | Document |
|---|---|---|---|
| 49. | 10/2/2007 | 1937 | Notice of Filing of Proposed Committee Letter in Support of Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 50. | 10/2/2007 | 1938 | Notice of Filing of "Exhibit 5" to Proposed Order Granting Debtors' Amended Motion for an Order (A) Approving Disclosure Statement; (B) Fixing the Voting Record Date, (C) Scheduling Certain Hearing Dates and Deadlines in Connection with the Proposed Confirmation of the Debtors' Joint Plan of Reorganization; and (D) Approving Solicitation Procedures |
| 51. | 10/2/2007 | 1942 | Notice of filing of "Exhibit J" to the (First Amended) Disclosure Statement for the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, Dated September 28, 2007 [Docket No. 1926] |
| 52. | 10/3/2007 | 1943 | Motion for an Order Authorizing the Debtors to File a Reply to the (I) "Supplemental Objection by Certain Holders of 9% Senior Subordinated Notes of Dura Operating Corp. to Disclosure Statement" [Docket No. 1931] and (II) "Supplement to Limited Objection of the United States Trustee to Debtors' Disclosure Statement Dated August 22, 2007 and Emergency Motion to Amend Backstop Rights Purchase Agreement (Docket Nos. 1897 & 1926)" [Docket No. 1936] |
| 53. | 10/3/2007 | 1945 | Motion for an Order Authorizing the Debtors to File a Reply to the "Objection of Certain 9% Noteholders to Emergency Motion for an Order Pursuant to 11 U.S.C. § 363(b) Approving Amendment to Amended Backstop Rights Purchase Agreement" [Docket No. 1935] |
| 54. | 10/3/2007 | 1946 | Debtors' Reply to "Objection of Certain 9% Noteholders to Emergency Motion for an Order Pursuant to 11 U.S.C. § 363(b) Approving Amendment to Amended Backstop Rights Purchase Agreement" [Docket No. 1935] |
| 55. | 10/3/2007 | 1947 | Disclosure Statement for the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Second Amended) |
| 56. | 10/3/2007 | 1948 | Disclosure Statement for the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Second Amended) [Blackline comparing August 22, 2007 and October 3, 2007 versions] |
| 57. | 10/1/2007 | 1949 | Response to Disclosure Statement [Letter to Judge Carey from J W Korth] |

| Tab | Date | Docket No.[3] | Document |
|---|---|---|---|
| 58. | 10/3/2007 | 1950 | Disclosure Statement for the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Second Amended) [Blackline comparing September 28, 2007 and October 3, 2007 versions] |
| 59. | 10/3/2007 | 1952 | Order Authorizing Debtors to File a Reply to the "Objection of Certain 9% Noteholders to Emergency Motion for an Order Pursuant to 11 U.S.C. § 363(b) Approving Amendment to Amended Backstop Rights Purchase Agreement" [Docket No. 1935] |
| 60. | 10/3/2007 | 1954 | Order Authorizing Debtors to File a Reply to the (I) "Supplemental Objection by Certain Holders of 9% Senior Subordinated Notes of Dura Operating Corp. to Disclosure Statement" [Docket No. 1931] and (II) "Supplement to Limited Objection of the United States Trustee to Debtors' Disclosure Statement Dated August 22, 2007 and Emergency Motion to Amend Backstop Rights Purchase Agreement (Docket Nos. 1897 & 1926)" [Docket No. 1936] |
| 61. | 10/4/2007 | 1971 | Disclosure Statement for the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Third Amended) |
| 62. | 10/4/2007 | 1972 | Disclosure Statement for the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Third Amended) (Blackline) |
| 63. | 10/4/2007 | 1973 | Order (A) Approving Disclosure Statement, (B) Fixing the Voting Record Date, (C) Scheduling Certain Hearing Dates and Deadlines in Connection with the Proposed Confirmation of the Debtors' Plan of Reorganization, and (D) Approving the Solicitation Procedures and Form of Solicitation Package and Notices |
| 64. | 10/4/2007 | 1974 | Order Pursuant to 11 U.S.C. § 363(b) Approving Amendment to Amended Backstop Rights Purchase Agreement |
| 65. | 10/4/2007 | 1978 | Notice of (A) Objection and Voting Deadlines, (B) Solicitation and Voting Procedures, (C) Hearing to Confirm the Joint Plan of Reorganization, and (D) Certain Other Information |
| 66. | 10/8/2007 | 1982 | Notice of Appeal |
| 67. | 10/9/2007 | 2003 | Order Denying Motion of Certain 9% Noteholders to Strike Debtors' Designation of Additional Items to be Included in Record on Appeal |

| Tab | Date | Docket No.[3] | Document |
|---|---|---|---|
| 68. | 10/11/2007 | 2012 | Transcript of hearing held on October 3, 2007 before the Honorable Kevin J. Carey |
| 69. | 10/12/2007 | 2024 | Notice of Service of First Request by Certain Holders of 9% Subordinated Notes of Dura Operating Corp. for Production of Documents to Debtors in Connection With Plan Confirmation |
| 70. | 10/12/2007 | 2026 | Plan Supplement |
| 71. | 10/15/2007 | 2034 | Notice of Service of Debtors' First Set of Requests for Production to Certain 9% Noteholders |
| 72. | 10/15/2007 | 2035 | Notice of Service of Debtors' First Set of Interrogatories to Certain 9% Noteholders |
| 73. | 10/15/2007 | 2038 | Statement of Issues and Designation of Record on Appeal of Certain Holders of 9% Senior Subordinated Notes of Dura Operating Corp. from Order Entered by the Bankruptcy Court on October 4, 2007 [Docket No. 1974] |
| 74. | 10/25/2007 | 2104 | Debtors' Designation of Additional Items to be Included in the Record on Appeal |
| 75. | 10/30/2007 | 2123 | Notice of Service of Debtors' Responses and Objections to the First Set of Requests by Certain Holders of 9% Subordinated Notes for Production of Documents "in Connection With Plan Confirmation" |
| 76. | 10/31/2007 | 2132 | Notice of Service of Objections and Answers to Debtors' First Set of Interrogatories and Objections and Responses to Debtors' First Requests for Production |
| 77. | 11/07/2007 | 2203 | Supplemental Verified Statement of Ballard Spahr Andrews & Ingersoll, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 |
| 78. | 11/12/2007 | 2242 | Objection by Certain Holders of 9% Senior Subordinated Notes of Dura Operating Corp. to Confirmation of the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 79. | 11/21/2007 | 2301 | Statement of the Bank of New York Trust Company, N.A. in Support of Confirmation of the Debtors' First Amended Joint Plan of Reorganization and in Response to Certain Objections Thereto |
| 80. | 11/21/2007 | 2302 | Brief of the Official Committee of Unsecured Creditors in Support of Confirmation of the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |

| Tab | Date | Docket No.[3] | Document |
|---|---|---|---|
| 81. | 11/21/2007 | 2313 | Debtors' Memorandum of Law in Support of Confirmation of the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 82. | 11/30/2007 | 2359 | Amended Plan Supplement |
| 83. | 12/5/2007 | 2383 | Joint Pretrial Memorandum Related to the Confirmation of the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 84. | 12/7/2007 | 2412 | Notice of Filing of Proposed Confirmation Order |
| 85. | 12/7/2007 | 2413 | Debtors' Supplement to the Joint Pretrial Memorandum Related to the Confirmation of the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 86. | 12/7/2007 | 2423 | Second Amended Plan Supplement |
| 87. | 12/13/2007 | 2457 | Notice of Adjourned Hearing Regarding the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Amended) [Docket No. 1924] |
| 88. | 3/7/2008 | 2922 | Debtors' Revised Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 89. | 3/13/2008 | 2955 | Debtors' Revised Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 90. | 3/13/2008 | 2956 | Debtors' Revised Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Blackline) |
| 91. | 3/13/2008 | 2957 | Disclosure Statement for the Debtors' Revised Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 92. | 3/13/2008 | 2959 | Debtors' Motion to Approve Revised Disclosure Statement, and Revised Confirmation Process and Timeline |
| 93. | 3/18/2008 | 2969 | Debtors' Third Interim Report to Court on the Status of Their Chapter 11 Reorganization |
| 94. | 3/18/2008 | 2974 | *Revised* Debtors' Third Interim Report to Court on the Status of Their Chapter 11 Reorganization |
| 95. | 3/31/2008 | 3017 | Statement of the Official Committee of Unsecured Creditors (I) in Support of Debtors' Motion to Approve Revised Disclosure Statement and Revised Confirmation Process and Timeline and (II) in Reply to an Objection to the Disclosure Statement |

| Tab | Date | Docket No.[3] | Document |
|---|---|---|---|
| 96. | 3/31/2008 | 3022 | Debtors' Brief in Support of Motion for Order (A) Approving Disclosure Statement, (B) Fixing the Voting Record Date, (C) Scheduling Certain Hearing Dates and Deadlines in Connection With the Proposed Confirmation of the Debtors' Proposed Plan of Reorganization, and (D) Approving the Solicitation Procedures and Form of Solicitation Package and Notices |
| 97. | 3/31/2008 | 3023 | Debtors' Revised Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (First Amended) |
| 98. | 3/31/2008 | 3024 | Debtors' Revised Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Blackline) |
| 99. | 3/31/2008 | 3025 | Disclosure Statement for the Debtors' Revised Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 100. | 3/31/2008 | 3026 | Disclosure Statement for the Debtors' Revised Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Blackline) |
| 101. | 4/1/2008 | 3036 | Joinder of the Bank of New York Trust Company, N.A. in the Statement of the Official Committee of Unsecured Creditors (I) In Support of Debtors' Motion to Approve Revised Disclosure Statement and Revised Confirmation Process and Timeline and (II) In Reply to an Objection to the Disclosure Statement |
| 102. | 4/1/2008 | 3041 | J W Korth Ad Hoc Committee of Unsecured Creditors in Reply to Our Objection to the Revised Disclosure Statement |
| 103. | 4/1/2008 | 3042 | Motion for Expedited Hearing for J W Korth Ad Hoc Committee of Creditors Pro Se Motion for Inspection of Books and Records Under Federal Bankruptcy Rule 2004 |
| 104. | 4/2/2008 | 3056 | Order [Approving Motion for Expedited Hearing for J W Korth Ad Hoc Committee of Creditors Pro Se Motion for Inspection of Books and Records] |
| 105. | 4/4/2008 | 3069 | "Scheduling and Disclosure Statement Order" - Order (A) Approving Revised Disclosure Statement, (B) Fixing the Voting Record Date, (C) Scheduling Certain Hearing Dates and Deadline in Connection With the Proposed Confirmation of the Debtors' Joint Revised Plan of Reorganization, and (D) Approving the Revised Solicitation Procedures and Form of Solicitation Package and Notices |
| 106. | 4/4/2008 | 3071 | Disclosure Statement for the Debtors' Revised Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |

| Tab | Date | Docket No.[3] | Document |
|---|---|---|---|
| 107. | 4/4/2008 | 3072 | Notice of (A) Objection and Voting Deadlines, (B) Solicitation and Voting Procedures, (C) Hearing to Confirm the Debtors' Revised Joint Plan of Reorganization, and (D) Certain Other Information |
| 108. | 4/8/2008 | 3088 | Notice of Agenda of Matters Scheduled for *Telephonic* Hearing on April 10, 2008 at *11:00 a.m.* |
| 109. | 4/9/2008 | 3094 | J W Korth Pro Se Motion for Administrative Expenses According US Bankruptcy Code 503(3)(D) and His Legal and Accounting Expenses Under Paragraph 503(4) |
| 110. | 4/16/2008 | 3145 | J W Korth Pro Se Motion to Extend the Date for the Confirmation Hearing on the Revised Plan of Reorganization Along with the Date to Submit Objections |
| 111. | 4/16/2008 | 3146 | Notice of Hearing [on Motion to Extend Time of Confirmation Date of the Chapter 11 Plan of Reorganization (Revised) Filed by Dura Automotive Systems, Inc.] |
| 112. | 4/16/2008 | 3152 | Objection of the Official Committee of Unsecured Creditors to J W Korth's Pro Se Motion for Administrative Expenses |
| 113. | 4/16/2008 | 3155 | Debtors' Objection to J W Korth Pro Se Motion for Administrative Expenses According US Bankruptcy Code 503(3)(D) and His Legal and Accounting Expenses Under Paragraph 503(4) |
| 114. | 4/17/2008 | 3158 | Certification of Counsel Concerning Order Resolving J W Korth's Motion for Inspection of Books and Records Pursuant to Bankruptcy Rule 2004 |
| 115. | 4/17/2008 | 3159 | United States Trustee's Statement Filed in Response to J.W. Korth's Pro Se Motion for Administrative Expenses According US Bankruptcy Code 503(3)(D) and His Legal and Accounting Expenses Under Paragraph 503(4) (Docket No: 3094) |
| 116. | 4/18/2008 | 3160 | Order Resolving J W Korth's Motion for Inspection of Books and Records Pursuant to Bankruptcy Rule 2004 |
| 117. | 4/21/2008 | 3167 | Debtors' Objection to J W Korth Pro Se Motion to Extend the Date for the Confirmation Hearing on the Revised Plan of Reorganization Along with the Date to Submit Objections |
| 118. | 4/23/2008 | 3188 | Order Entering Stipulated Confidentiality Agreement and Protective Order Subject to FRE 408 Between the Committee and James W. Korth |

| Tab | Date | Docket No.[3] | Document |
|---|---|---|---|
| 119. | 4/22/2008 | 3190 | J W Korth's Combined Response to Debtors Objections to His Pro Se Motions (1) to Extend the Date for the Confirmation Hearing on the Revised Plan of Reorganization Along With the Date to Submit Objections and (2) to His Receipt of Administrative Expenses According US Bankruptcy Code 503(3)(D) and his Legal and Accounting Expenses Under Paragraph 503(4) |
| 120. | 4/24/2008 | 3194 | Certification of Counsel Regarding Order Denying J W Korth *Pro Se* Motion for Administrative Expenses According US Bankruptcy Code 503(3)(D) and His Legal and Accounting Expenses under Paragraph 503(4) [Docket No. 3094] |
| 121. | 4/24/2008 | 3195 | Certification of Counsel Regarding Order Denying J W Korth *Pro Se* Motion to Extend the Date for the Confirmation Hearing on the Revised Plan of Reorganization Along with the Date to Submit Objections [Docket No. 3145] |
| 122. | 4/28/2008 | 3213 | Plan Supplement in Support of Revised Plan of Reorganization |
| 123. | 5/7/2008 | 3266 | Notice of Hearing - Telephonic Status Conference with Respect to Plan Confirmation |
| 124. | 5/8/2008 | 3272 | Statement of The Official Committee of Unsecured Creditors in Support of Confirmation of the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 125. | 5/8/2008 | 3273 | Notice of Filing of "Exhibit 9" to Plan Supplement in Support of Revised Plan of Reorganization [Docket No. 3213] |
| 126. | 5/8/2008 | 3274 | Debtors' Response to Objection to Confirmation of Debtor's Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, or Alternatively, Motion for Order Directing Payment of Cure Claim of Johnson Electric North America, Inc. |
| 127. | 5/8/2008 | 3275 | The Debtors' Revised Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (With Technical Amendments) |
| 128. | 5/8/2008 | 3276 | The Debtors' Revised Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (With Technical Amendments) (Blackline) |
| 129. | 5/8/2008 | 3277 | Debtors' Memorandum of Law in Support of Confirmation of the Debtors' Revised Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (With Technical Amendments) |

RLF1-3288765-5

| Tab | Date | Docket No.[3] | Document |
|---|---|---|---|
| 130. | 5/9/2008 | 3279 | Joinder of the Bank of New York Trust Company, N.A. in the Statement of The Official Committee of Unsecured Creditors in Support of Confirmation of the Debtors' Revised Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket Nos. 3023 and 3272) |
| 131. | 5/9/2008 | 3280 | Exhibit and Witness Lists for Hearing on Confirmation of the Debtors' Revised Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code |
| 132. | 5/9/2008 | 3283 | Notice of Filing of Proposed Confirmation Order |
| 133. | 5/9/2008 | 3285 | Notice of Agenda of Matters Scheduled for Hearing |
| 134. | 5/9/2008 | 3298 | Motion for Continuance of the Confirmation Hearing |
| 135. | 5/9/2008 | 3299 | Motion for Summary Judgment on Section II of Objection by J W Korth to the Confirmation of the Revised Plan of Reorganization (the "Complaint") |
| 136. | 5/9/2008 | 3304 | Amended Notice of Agenda of Matters Scheduled for Hearing |
| 137. | 5/12/2008 | 3306 | Debtors' Objection to J W Korth's Motion for Continuance of the Confirmation Hearing |
| 138. | 5/12/2008 | 3307 | Debtors' Response to J W Korth's Motion for Summary Judgment on Section II of Objection by J W Korth to the Confirmation of the Revised Plan of Reorganization (the "Complaint") |
| 139. | 5/12/2008 | 3308 | Minutes of Hearing Held on May 12, 2008 |
| 140. | 5/12/2008 | 3317 | The Debtors' Revised Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (With Further Technical Amendments) |
| 141. | 5/12/2008 | 3318 | The Debtors' Revised Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (With Further Technical Amendments) (Blackline) |
| 142. | 5/12/2008 | 3319 | Notice of Filing of Revised Proposed Confirmation Order |
| 143. | 5/12/2008 | 3320 | Notice of Filing of "Exhibit 1" to Plan Supplement in Support of Revised Plan of Reorganization [Docket No. 3213] |
| 144. | 5/12/2008 | 3321 | Notice of Filing of "Exhibit 10" to Plan Supplement in Support of Revised Plan of Reorganization [Docket No. 3213] |
| 145. | 5/13/2008 | 3322 | Amended Plan Supplement in Support of Revised Plan of Reorganization |
| 146. | 5/13/2008 | 3323 | Amended Plan Supplement in Support of Revised Plan of Reorganization (Blackline) |
| 147. | 5/13/2008 | 3324 | Amended Notice of Agenda of Matters Scheduled for Hearing (Second) |

| Tab | Date | Docket No.[3] | Document |
|---|---|---|---|
| 148. | 5/13/2008 | 3329 | Notice of Reason for Limited Appearance at Hearing for Confirmation of Revised Plan of Reorganization |
| 149. | 5/13/2008 | TBD | Debtors' Exhibits 1-14, 16-17 and 19-21 in Support of Plan Confirmation |
| 150. | 6/2/2008 | 3408 | Debtors' Objection to J W Korth's Motion for Stay Pending Appeal |
| 151. | 6/2/2008 | 3409 | Declaration of Lawrence A. Denton, President and Chief Executive Officer of Dura Automotive Systems, Inc., in Support of Debtors' Objection to J W Korth's Motion for Stay Pending Appeal |
| 152. | 6/2/2008 | 3410 | Declaration of Jeffrey E. Finger in Support of Debtors' Objection to J W Korth's Motion for Stay Pending Appeal |
| 153. | 6/2/2008 | 3412 | Joinder of the Second Lien Group in the Debtors' Objection to J W Korth's Motion for Stay Pending Appeal |
| 154. | 6/2/2008 | 3413 | Statement of the Bank of New York Trust Company, N.A. in Support of: (I) Debtors' Objection; and (II) Official Committee of Unsecured Creditors' Objection and Joinder to Debtors' Objection, to James W. Korth's Motion for Stay Pending Appeal [Docket Nos. 3383, 3408 and 3411] |
| 155. | 6/3/2008 | 3416 | Transcript of hearing held on April 23, 2008 before the Honorable Kevin J. Carey |
| 156. | 6/4/2008 | 3423 | Modification of Motion to Stay Pending Appeal to a Limited Stay Pending Appeal |
| 157. | 6/6/2008 | 3432 | Certification of Counsel Regarding Order Denying Motion for Stay Pending Appeal and Modification of Motion for Stay Pending Appeal to a Limited Stay Pending Appeal |
| 158. | 6/6/2008 | TBD | Order denying motion to stay pending appeal |
| 159. | TBD | TBD | Transcript of hearing held on June 5, 2008 Hearing before the Honorable Kevin J. Carey [ordered] |
| 160. | 6/6/2008 | 3431 | Committee Request for Notices and Papers in Appeal Pursuant to Del. Bankr. L.R. 8001-1(E) |
| 161. | 9/19/2007 | Adv. 1[4] | Complaint for Declaratory Judgment |
| 162. | 10/16/2007 | Adv. 10 | Agreed Order Permitting the Bank of New York Trust Company, N.A. to Intervene in the Adversary Proceeding |

---

[4] Exhibits identified by "Adv." refer to the docket in the adversary proceeding captioned Kurak v. Dura Automotive Systems, Inc., et al., Adv. Proc. No. 07-51715 (KJC) in the United States Bankruptcy Court for the District of Delaware.

| Tab | Date | Docket No.[3] | Document |
|---|---|---|---|
| 163. | 10/22/2007 | Adv. 12 | Answer [filed by the Debtors] |
| 164. | 10/22/2007 | Adv. 13 | Answer and Counterclaim [filed by the Bank of New York Trust Company, N.A.] |
| 165. | 10/26/2007 | Adv. 14 | Motion by the Bank of New York Trust Company, N.A. to Dismiss Adversary Proceeding, or, in the Alternative, for Summary Judgment |
| 166. | 10/26/2007 | Adv. 15 | Memorandum of Law of Intervening-Defendant the Bank of New York Trust Company, N.A. in Support of Motion to Dismiss Adversary Proceeding, or, in the Alternative, for Summary Judgment |
| 167. | 10/26/2007 | Adv. 19 | Defendant-Debtors' Motion for Summary Judgment |
| 168. | 10/26/2007 | Adv. 20 | Opening Brief of Defendant-Debtors in Support of Motion for Summary Judgment |
| 169. | 10/26/2007 | Adv. 24 | Plaintiffs' Motion for Summary Judgment |
| 170. | 10/26/2007 | Adv. 25 | Plaintiffs' Memorandum of Law in Support of Their Motion for Summary Judgment |
| 171. | 11/14/2007 | Adv. 34 | Memorandum of Law of Intervening-Defendant the Bank of New York Trust Company, N.A. in Opposition to Plaintiffs' Motion for Summary Judgment |
| 172. | 11/14/2007 | Adv. 35 | Answering Brief of Defendant-Debtors in Opposition to Plaintiffs' Motion for Summary Judgment |
| 173. | 11/14/2007 | Adv. 37 | Plaintiffs' Answering Memorandum of Law in Support of Their Motion for Summary Judgment |
| 174. | 11/21/2007 | Adv. 42 | Reply Memorandum of Law of Intervening-Defendant the Bank of New York Trust Company, N.A. in Further Support of Motion to Dismiss Adversary Proceeding, or, in the Alternative, for Summary Judgment |
| 175. | 11/21/2007 | Adv. 45 | Plaintiffs' Reply Memorandum of Law in Support of Their Motion for Summary Judgment |
| 176. | 11/21/2007 | Adv. 47 | Reply Brief of Defendant-Debtors and Debtors-in-Possession in Support of Their Motion for Summary Judgment |
| 177. | 11/27/2007 | Adv. 48 | Joint Notice of Completion of Briefing and Notice of Oral Argument |
| 178. | 12/07/2007 | Adv. 53 | Memorandum [Order and Opinion] |

| Tab | Date | Docket No.[3] | Document |
|---|---|---|---|
| 179. | 9/21/2007 | Civ. 1[5] | Notice of Appeal |
| 180. | 9/21/2007 | Civ. (A) 2 | Statement of Issues and Designation of Record on Appeal of Certain Holders of 9% Senior Subordinated Notes of Dura Operating Corp. from Order Entered by the Bankruptcy Court on August 20, 2007 [Docket No. 1680] |
| 181. | 9/21/2007 | Civ. (A) 3 | Debtors' Designation of Additional Items to be Included in the Record on Appeal |
| 182. | 9/24/2007 | Civ. (A) 4 | Notice of Docketing |
| 183. | 1/3/2008 | Civ. (A) 5 | Motion to Withdraw Appeals |
| 184. | 10/26/2007 | Civ. (B) 1[6] | Notice of Appeal |
| 185. | 10/26/2007 | Civ. (B) 2 | Statement of Issues and Designation of Record on Appeal of Certain Holders of 9% Senior Subordinated Notes of Dura Operating Corp. from Order Entered by the Bankruptcy Court on October 4, 2007 [Docket No. 1974] |
| 186. | 10/26/2007 | Civ. (B) 3 | Debtors' Designation of Additional Items to be Included in the Record on Appeal |
| 187. | 10/30/2007 | Civ. (B) 4 | Notice of Docketing |
| 188. | 1/3/2008 | Civ. (B) 5 | Motion to Withdraw Appeals |

*[Remainder of page intentionally left blank]*

---

[5] Exhibits identified by "Civ. (A)" refer to the docket in the proceeding captioned Holders of 9% Senior Subordinated Notes, et al. v. Dura Automotive Systems, Inc., Civ. No. 07-cv-00576 (SLR) in the United States District Court for the District of Delaware.

[6] Exhibits identified by "Civ. (B)" refer to the docket in the proceeding captioned Holders of 9% Senior Subordinated Notes v. Dura Automotive Systems, Inc., et al., Civ. No. 07-cv-00682 (SLR) in the United States District Court for the District of Delaware.

RLF1-3288765-5

The Debtors respectfully reserve the right to supplement and amend this designation of additional items for the record on appeal.

Dated: June 9, 2008
      Wilmington, Delaware

                                                /s/ Marcos A. Ramos
                                                Daniel J. DeFranceschi (No. 2732)
                                                Marcos A. Ramos (No. 4450)
                                                RICHARDS, LAYTON & FINGER, P.A.
                                                One Rodney Square
                                                920 North King Street
                                                Wilmington, Delaware 19801
                                                Telephone: (302) 651-7700
                                                Facsimile: (302) 651-7701

                                                - and -

                                                Richard M. Cieri
                                                Marc Kieselstein, P.C.
                                                Roger J. Higgins
                                                Ryan Blaine Bennett
                                                KIRKLAND & ELLIS LLP
                                                200 East Randolph Drive
                                                Chicago, Illinois 60601
                                                Telephone: (312) 861-2000
                                                Facsimile: (312) 861-2200

                                                *Counsel for the Debtors and Debtors-in-Possession*