IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>DURA AUTOMOTIVE SYSTEMS INC,<br>et al.,<br><br>　　　　Debtors. | ) Chapter 11<br>) Bk. Nos. 06-11202<br>)<br>)<br>)<br>) Jointly Administered |
| JAMES W. KORTH,<br><br>　　　　Appellant,<br><br>　　v.<br><br>ADWEST ELECTRONICS, INC., et al.,<br><br>　　　　Appellees. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 08-349-SLR<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 28th day of July, 2008, having received notice from the mediator that mediation was not successful in this case (D.I. 5);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

　　1. Appellant's brief in support of its appeal is due on or before **August 28, 2008.**

　　2. Appellees' brief in opposition to the appeal is due on or before **September 29, 2008.**

　　3. Appellant's reply brief is due on or before **October 13, 2008.**

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　United States District Judge