IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DURA AUTOMOTIVE SYSTEMS, INC., et al.,[1] ) | Case No. 06-11202 (KJC) |
| ) | |
| ) | Jointly Administered |
| ) | |
| Reorganized Debtors. ) | |
| ) | |
| James W. Korth, ) | |
|     Appellant ) | |
| ) | Civil Action No. 08-349 (SLR) |
| v. ) | |
| ) | |
| Dura Automotive Systems, Inc., et al.,[2] ) | Bankruptcy Appeal No. 08-36 |
| ) | |
| Reorganized Debtors/Appellees ) | |

**REORGANIZED DEBTORS' MOTION TO DISMISS APPEAL AS EQUITABLY MOOT**

The Reorganized Debtors, by and through their undersigned counsel, hereby move this Court to dismiss the above-captioned appeal of the Bankruptcy Court's Confirmation Order filed by James W. Korth, as equitably moot. In further support of their Motion, the Reorganized Debtors rely upon their accompanying Opening Brief in Support of Reorganized Debtors' Motion to Dismiss Appeal as Equitably Moot, along with its attachments and citations, filed contemporaneously herewith.

---

[1] The "Debtors" comprise the entities set forth in the Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of the Reorganized Debtors' Chapter 11 Cases, entered on October 31, 2006 [Bankruptcy Docket No. 68]. The Debtors became the "Reorganized Debtors" on June 27, 2008 (the "Effective Date"), when their confirmed plan of reorganization became effective.

[2] The "Appellees" comprise the Reorganized Debtors.

RLF1-3307598-2

WHEREFORE, the Reorganized Debtors respectfully ask the Court to (i) grant their Motion, (ii) dismiss Mr. Korth's appeal, (iii) enter an order substantially in the form of the proposed order attached hereto as Exhibit A and (iv) award Reorganized Debtors such other and further relief as is just and proper.

Dated: July 31, 2008
       Wilmington, Delaware

*/s/ Marcos A. Ramos*
Daniel J. DeFranceschi (No. 2732)
Marcos A. Ramos (No. 4450)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: defranceschi@rlf.com
       ramos@rlf.com
       madron@rlf.com

–and–

KIRKLAND & ELLIS LLP
Marc Kieselstein, P.C.
Roger J. Higgins
Ryan Blaine Bennett
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000

COUNSEL FOR THE REORGANIZED DEBTORS

# EXHIBIT A

Case 1:08-cv-00349-SLR    Document 7-2    Filed 07/31/2008    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>DURA AUTOMOTIVE SYSTEMS,<br>INC., *et al.*,<br><br>James W. Korth,<br><br>      Appellants,<br><br>      v.<br><br>Dura Automotive Systems, Inc.,<br><br>      Appellee. | Chapter 11<br><br>Case No. 06-11202 (KJC)<br><br><br><br>Civil Action No. 08-349 (SLR)<br><br>Bankruptcy Appeal No. 08-36 |

**ORDER GRANTING REORGANIZED DEBTORS' MOTION
TO DISMISS APPEAL AS EQUITABLY MOOT**

The Court having reviewed the Reorganized Debtors' Motion to Dismiss Appeal as Equitably Moot (the "Motion") and any opposition thereto; and the Court having considered the matter;

IT IS HEREBY ORDERED on this _____ day of _____, 200___ that:

1.     The Motion is GRANTED in its entirety.

2.     The above-captioned appeal is dismissed with prejudice.

 

THE HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE

1

RLF1-3307709-1

## CERTIFICATE OF SERVICE

I, Marcos A. Ramos, do hereby certify that on July 31, 2008, a copy of the foregoing **Reorganized Debtors' Motion to Dismiss Appeal as Equitably Moot** was served on the attached service list in the manner indicated thereon.

_____
Marcos A. Ramos (No. 4450)

James W. Korth v.
Dura Automotive Systems, Inc., et al,
Civ. Action No. 08-349 (SLR)
<u>Service List</u>

**<u>Via Hand Delivery</u>**

William K. Harrington
Office of the United States Trustee
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19899-0035

*Representing the Official Committee of Unsecured Creditors*
M. Blake Cleary
Edmon Morton
Erin Edwards
Young Conaway Stargatt & Taylor, LLP
P.O. Box 391
The Brandywine Building
1000 West Street, 17th Floor,
Wilmington, DE 19899-0391

**<u>Via First Class Mail</u>**

*Representing Official Committee of Unsecured Creditors*
Thomas Moers Mayer
David M. Feldman
Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

James W. Korth
2701 S. Bayshore Drive, Suite 305
Coconut Grove, FL 33133

James W. Korth
3339 Virginia Street
Suite 104
Miami, FL 33133