

**RICHARDS LAYTON & FINGER**

MARCOS A. RAMOS
COUNSEL

302-651-7566
Ramos@rlf.com

August 28, 2008

**Via E-File and Hand Delivery**

The Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

        Re:    *James W. Korth v. Dura Automotive Systems, Inc., et al.*
              Civil Action No. 08-349 (SLR)

Dear Judge Robinson:

      On July 31, 2008, the Reorganized Debtors ("Appellees") filed their *Reorganized Debtors' Motion to Dismiss Appeal as Equitably Moot* [Docket No. 7] (the "Motion to Dismiss") and accompanying *Opening Brief in Support of Reorganized Debtors' Motion to Dismiss Appeal as Equitably Moot* [Docket No. 8] in support of the Motion to Dismiss. Appellant James W. Korth filed his *Appellant's Response to Reorganized Debtors' Motion to Dismiss Appeal as Equitably Moot* [Docket No. 9] on or about August 15, 2008. On August 25, 2008, Appellees filed their *Reply Brief in Support of Reorganized Debtors' Motion to Dismiss Appeal as Equitably Moot* [Docket No. 10]. Accordingly, the Motion to Dismiss is now fully briefed. Appellees respectfully request that oral argument be scheduled on the Motion to Dismiss at the Court's convenience pursuant to District of Delaware Local Rule 7.1.4 and Rule 8012 of the Federal Rules of Bankruptcy Procedure.

                          Respectfully submitted,

                          Marcos A. Ramos

MXR/mh

cc:    The parties on the attached service list (as indicated thereon)

## CERTIFICATE OF SERVICE

I, Marcos A. Ramos, do hereby certify that on August 28, 2008, a copy of the foregoing correspondence to the Court was served on the attached service list in the manner indicated thereon.

_____
Marcos A. Ramos (No. 4450)

**James W. Korth v.**
**Dura Automotive Systems, Inc., et al,**
**Civ. Action No. 08-349 (SLR)**
**Service List**

**Via Hand Delivery**

William K. Harrington
Office of the United States Trustee
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19899-0035

*Representing the Official Committee of Unsecured Creditors*
M. Blake Cleary
Edmon Morton
Erin Edwards
Young Conaway Stargatt & Taylor, LLP
P.O. Box 391
The Brandywine Building
1000 West Street, 17th Floor,
Wilmington, DE 19899-0391

**Via First Class Mail**

*Representing Official Committee of Unsecured Creditors*
Thomas Moers Mayer
David M. Feldman
Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

James W. Korth
2701 S. Bayshore Drive, Suite 305
Coconut Grove, FL 33133

James W. Korth
3339 Virginia Street
Suite 104
Miami, FL 33133

RLF1-3307944-2